ORIGINAL

1  ANGELA KHOUNG
   4654 Smoke River Court
2  San Jose, CA 95136
   Telephone: (408) 781-6732
3
   In Propria Persona
4



FILED

MAY 8 - 2018

CLERK
United States Bankruptcy Court
San Jose, California

THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                              )  Case No. 18-50767
                                    )
    Angela Khoung                 )  MOTION TO SET ASIDE ORDER TO
                                    )  DISMISS BANKRUPTCY CASE NO. 18-
    Debtor.                       )  50767
                                    )

    Movant Angela Khoung, Debtor in the above-entitled matter, hereby moves this court to set aside the order to dismiss Bankruptcy Case No. 18-50767 on the ground that two of the documents that were submitted to the court on April 18, 2018 were inadvertently not filed by the clerk of this Court. The two documents that were not filed are as follows: Schedule H: Your Codebtors (Official Form 106H0 and Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum).

    Movant specifically recalls the separate documents being brought to this court by her, being accompanied by Attorney James B. Little, who has been her attorney in civil matters in the Superior Court of California, and giving the documents to the clerk for filing. Submitted herewith is the Declaration of James B. Little in support of this motion to set aside the order.

    WHEREFORE, Movant prays as follows:

    1. That the Court will set aside the order to dismiss Bankruptcy Case No. 18-50767, and allow this case to proceed.

/ / /

/ / /

1

MOTION TO SET ASIDE ORDER TO DISMISS BANKRUPTCY CASE NO. 18-50767

2. For such other and further relief as the court deems just and proper.

Dated: May 7, 2018

_____
ANGELA KHOUNG, In Propria Persona

ORDER

GOOD CAUSE APPEARING THEREFOR,

1. The Order to Dismiss Bankruptcy Case No. 18-50767 is hereby revoked;

2. A further date of _____ set for hearing _____.

Dated: May _____, 2018

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

2

MOTION TO SET ASIDE ORDER TO DISMISS BANKRUPTCY CASE NO. 18-50767